James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
Dana M. Reedy (State Bar No. 239970)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com
       dreedy@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GOLDEN AND TUESDAY GOLDEN,<br><br>Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | No.: C 06-0987 PJH<br><br>Before the Honorable Phyllis J. Hamilton<br><br>**[~~PROPOSED~~] ORDER V~~ACATING~~ ~~AND/OR~~ CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:  August 10, 2006<br>Conference Time:  2:30 p.m.<br>Location:         Courtroom 3, 17th Floor, SF |

1  For the reasons set forth in the Joint Case Management Conference Statement, the Court
2  hereby continues the August 10, 2006, Case Management Conference ("CMC") to
3  __December 14, 2006__, at __2:30 p.m.__, by which time this case will likely have been transferred to
4  the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation.  In
5  the event this case is not transferred to the MDL far enough in advance of the new CMC date, the
6  parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.

10  IT IS SO ORDERED

11  DATED:  __8/4/06__ .



The [signature] ton
Judge Phyllis J. Hamilton

No.: C 06 0987 PJH                       – 2 –                              DOCSOAK-9840352.1-DREEDY
[Proposed] Order Continuing Case Management Conference